UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VINCE PARFAIT | CIVIL ACTION |
| VERSUS | NO. 20-1946 |
| SHERIFF JERRY LARPENTER, ET AL. | SECTION: "I"(3) |

### REPORT AND RECOMMENDATION

Plaintiff, Vince Parfait, is presently incarcerated at the Terrebonne Parish Criminal Justice Complex in Houma, Louisiana. He filed this federal civil rights action against Sheriff Jerry Larpenter and Major Stephen Bergeron, claiming that inadequate measures were being taken at the jail to protect inmates from exposure to COVID-19.

At a status conference held on the record in this case on February 10, 2021, plaintiff requested that he be allowed to dismiss this civil action. The Court hereby construes that request as an oral motion for voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure. Defense counsel does not oppose that motion.

Where, as here, the defendants have filed an answer in a case, the "action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). That rule further provides that "[u]nless the order states otherwise," a dismissal under this provision is "without prejudice." Id. In the instant case, however, the undersigned finds that dismissal **with** prejudice is warranted given that the defendants have already been forced to expend considerable time and effort in defending this lawsuit and preparing for trial. Therefore, the undersigned explained to plaintiff that a dismissal with prejudice would preclude him from

pursuing the claims asserted in his instant complaint in either this lawsuit or a future lawsuit. Plaintiff stated that he understood and was agreeable to that disposition.

## RECOMMENDATION

It is therefore **RECOMMENDED** that plaintiff's oral motion to voluntarily dismiss this civil action be **GRANTED** and that plaintiff's claims be **DISMISSED WITH PREJUDICE**.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. 28 U.S.C. § 636(b)(1); Douglass v. United Services Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).

New Orleans, Louisiana, this  10th  day of February, 2021.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**