UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VINCE PARFAIT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1946** |
| **SHERIFF JERRY LARPENTER, ET AL.** | **SECTION: "I"(3)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's oral motion to voluntarily dismiss this civil action is **GRANTED** and that plaintiff's claims are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 2nd day of March, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE